HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
DAVID H. HARSHAW III, KY BAR #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-6666/Fax 916-498-6656
david_harshaw@fd.org

Attorneys for Defendant
JOHN OLMEDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN OLMEDO,<br><br>    Defendant. | No. 6:16-mj-15-MJS<br><br>STIPULATION TO EXPAND COMPLETION TIME OF PROBATIONARY REQUIREMENT; ORDER THEREON |

IT IS HEREBY STIPULATED by and between the United States and Defendant John Olmedo that Mr. Olmedo's time to complete a California wet reckless program is extended until January 30, 2017 from January 25, 2017.

Dated: December 27, 2016                    /s/ Susan St. Vincent _____
                                            Susan St. Vincent
                                            Legal Officer
                                            Yosemite National Park

Dated: December 27, 2016                    /s/ David H. Harshaw III___
                                            David H. Harshaw III
                                            Assistant Federal Defender

                                            Assistant Federal Defender

1

**O R D E R**

Good Cause Appearing, Defendant John Olmedo's deadline for completing a California wet reckless program in Case No. 6:16-mj-00015 MJS is extended until January 30, 2017.

IT IS SO ORDERED.

Dated:   December 28, 2016          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE