Susan St. Vincent
Yosemite Legal Officer
Armin M. Najafi
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241



FILED

AUG 21 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NO. 6:16-mj-015-MJS |
|---|---|
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| JOHN MICHAEL OLMEDO, | |
| Defendant. | |

I, Armin M. Najafi, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the Acting Legal Officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for six months. In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned defendant John Michael OLMEDO has failed to pay a $240 balance of a $800 fine, and has failed to provide proof of having completed the DMV Wet Reckless Program within the first 90 days of probation, which

1

1 | commenced on October 25, 2016.

2 As the Acting Legal Officer, I am aware OLMEDO was charged with: Carrying or storing an open alcoholic beverage within a motor vehicle in a park area, in violation of Title 36 Code of Federal Regulations § 4.14(b); Possession of a controlled substance (marijana,) in violation of Title 36 Code of Federal Regulations § 2.35(b)(2); Operating or being in actual physical control of a motor vehicle while the alcohol concentration in the operator's breath is .08 grams or more of alcohol per 210 liters of breath, in violation of Title 36 Code of Federal Regulations § 4.23(a)(2); and Presence in a park area while under the influence of alcohol to a degree that may endanger oneself, another person or damage park property or resources, in violation of Title 36 Code of Federal Regulations § 2.35(c).

On October 25, 2016, OLMEDO pled guilty to the charge of Presence in a park area while under the influence of alcohol to a degree that may endanger oneself, another person or damage park property or resources. The other counts were dismissed. OLMEDO was sentenced to 12 months of unsupervised probation with the conditions he obey all laws, report all new law violations within 7 days, pay an $800 fine within the first 10 months of probation, and attend and complete the DMV Wet Reckless Program within the first 90 days of probation.

The government alleges OLMEDO has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:  FAILURE TO COMPLETE THE DMV WET RECKLESS PROGRAM

OLMEDO was ordered to complete the DMV Wet Reckless Program within the first 90 days of probation. As of the date of this affidavit, FLORES-CARRILLO has not provided proof of having completed the DMV Wet Reckless Program.

CHARGE TWO:  FAILURE TO PAY $800 FINE

OLMEDO was ordered to pay an $800 fine at a rate of $80 per month commencing on November 11, 2016. As of the date of this affidavit, OLMEDO has not

2

paid the $240 remaining balance of the fine.

08/21/2017
Date

Armin M. Najafi
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

8/21/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

3