| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Susan St. Vincent<br>Legal Officer<br>NATIONAL PARK SERVICE<br>Legal Office<br>P.O. Box 517<br>Yosemite, California  95389<br>Telephone:  (209) 372-0241 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JOHN MICHAEL OLMEDO,<br><br>         Defendant. | DOCKET NO. 6:16-mj-0015-MJS<br><br>**MOTION TO VACATE REVIEW HEARING AND NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, John Michael Olmedo, was charged Carrying or storing an open alcoholic beverage within a motor vehicle in a park area, in violation of Title 36 Code of Federal Regulations § 4.14(b); Possession of a controlled substance (marijana,) in violation of Title 36 Code of Federal Regulations § 2.35(b)(2); Operating or being in actual physical control of a motor vehicle while the alcohol concentration in the operator's breath is .08 grams or more of alcohol per 210 liters of breath, in violation of Title 36 Code of Federal Regulations § 4.23(a)(2); and Presence in a park area while under the influence of alcohol to a degree that may endanger oneself, another person or damage park property or resources, in violation of Title 36 Code of Federal Regulations § 2.35(c).

On October 25, 2016, OLMEDO pled guilty to the charge of Presence in a park

area while under the influence of alcohol to a degree that may endanger oneself, another person or damage park property or resources. The other counts were dismissed. OLMEDO was sentenced to 12 months of unsupervised probation with the conditions he obey all laws, report all new law violations within 7 days, pay an $800 fine within the first 10 months of probation, and attend and complete the DMV Wet Reckless Program within the first 90 days of probation.

On August 21, 2107 the Government filed a Notice of Probation Violation alleging OLMEDO had failed to complete the DMV wet reckless program and had failed to pay fine in full. The Government has subsequently been provided proof of completion of the DMV course, and final payment of the fine. The Government herewith withdraws its Allegation of Probation Violation in this matter. As the conditions of probation have been met, the Government requests the review hearing in this matter set for September 26, 2017 be vacated.

Dated: September 20, 2017                By: /s/ Susan St. Vincent
                                          Susan St. Vincent
                                          Legal Officer
                                          Yosemite National Park, CA

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED the Statement of Alleged Probation Violation(s) in *U.S. v. Olmedo 6:16-mj-0015-MJS*, filed on August 21, 2017 is retracted. The review hearing scheduled for September 26, 2017 is vacated.

IT IS SO ORDERED.

Dated:   September 22, 2017              /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

2

3