| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JOHN OLMEDO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-mj-00015-MJS |
|---|---|
| Plaintiff, | ) **MOTION TO DISMISS COUNT 2; ORDER** |
| vs. | ) |
| JOHN OLMEDO, | ) |
| Defendant. | ) |

Defendant JOHN OLMEDO hereby files this motion to dismiss Count 2 pursuant to 18 U.S.C. § 3607(a). The Government does not oppose this request.

On October 25, 2016, Mr. Olmedo pleaded guilty to possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Mr. Olmedo a deferred entry of judgment under 18 U.S.C. § 3607(a). On September 22, 2017, the Court vacated Mr. Olmedo's review hearing, as Mr. Olmedo had fully complied with the terms of his probation. Mr. Olmedo's probation expired on October 25, 2017.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. § 3607(a). Here, Mr. Olmedo's term of probation has now expired, and he did not violate any condition of his probation. Accordingly, Mr. Olmedo requests that the Court, without

entering a judgment of conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 1, 2017      /s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JOHN OLMEDO

## **O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the Court hereby dismisses Count 2 of the Criminal Complaint in *United States v. John Olmedo*, Case No. 6:16-mj-00015-MJS.

IT IS SO ORDERED.

Dated: November 5, 2017      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE